No. 143, Misc. ARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 144, Misc. BRANDT *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 145, Misc. BROWN *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 147, Misc. McCULLOUGH *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 148, Misc. HORNE *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 149, Misc. CUMPIAN *v.* OLIVER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 150, Misc. INGRAM *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 151, Misc. EVANS *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States et al.

No. 152, Misc. PEARSON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.